IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-258-CR-W-DGK |
| | ) | |
| EDWARD GRIMES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On November 10, 2014, Defendant filed a motion for a judicial determination of mental competency under 18 U.S.C. § 4241(a) (Doc. 13). Defendant was examined by Jessica Micono, Psy.D., a forensic psychologist who filed a report (Doc. 15) opining that Defendant is competent to stand trial.

United States Magistrate Judge Robert E. Larsen held a competency hearing during which the parties stipulated to the contents and findings of Dr. Micono's report. Pursuant to this Court's prior order (Doc. 2), Judge Larsen issued a report recommending that Defendant be declared competent to stand trial (Doc. 19). While Defendant objects generally to that ruling, neither party filed objections.

The Court has independently reviewed the record and finds Judge Larsen's report and recommendation is neither clearly erroneous nor contrary to law. Accordingly, it is

ORDERED that the Report and Recommendation of Judge Larsen (Doc. 19) is approved, adopted, and incorporated herein. Defendant's motion (Doc. 13) is denied.

Dated: February 17, 2015         /s/ Greg Kays
                                 GREG KAYS, CHIEF JUDGE
                                 UNITED STATES DISTRICT COURT